John FRANKOVIGLIA, Appellant,

v.

George CAMP and Donald W. Wyrick, Appellees.

No. 75–1373.

United States Court of Appeals, Eighth Circuit.

Submitted Nov. 14, 1975.

Decided Dec. 3, 1975.

Certiorari Denied Feb. 23, 1976. See 96 S.Ct. 1115.

James R. Wyrsch, Kansas City, Mo., for appellant.

Robert Presson, Asst. Atty. Gen. of State of Missouri, Jefferson City, Mo., for appellees.

Before HEANEY, ROSS and WEB-STER, Circuit Judges.

ORDER OF AFFIRMANCE

In this habeas corpus proceeding, John Frankoviglia appeals from the judgment of the District Court for the Eastern District of Missouri, finding that the remarks of the prosecutor made in the closing arguments to the jury in his state criminal trial were not improper comments on his failure to testify and were, in any event, not prejudicial. Upon a careful consideration of the record and of the briefs and arguments of the parties, we adopt the opinion of the District Court published at *Frankoviglia v. Camp*, 394 F.Supp. 1293 (E.D. Mo.1975).

Affirmed.

■

COMMUNITY BANK et al., Appellants,

v.

FEDERAL RESERVE BANK OF SAN FRANCISCO, and Board of Governors of the Federal Reserve System, Appellees.

No. 73–1808.

United States Court of Appeals, Ninth Circuit.

Nov. 25, 1975.

ORDER

Before TRASK and SNEED, Circuit Judges.

This Order is to amend the opinion in *Community Bank v. Federal Reserve Bank of San Francisco*, 500 F.2d 282 (9th Cir. 1974). The first full sentence on page 286 is hereby amended to read:

Section 210.9(a)(1) of the amended Regulation J, however, makes a payor bank accountable if it fails to settle for demand items before the close of its banking day of receipt, and Section 210.12(a) provides that only if settlement has been made by this time may the payor bank revoke prior to midnight of the banking day [next following the banking day] of receipt.